UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD LEE BATES JR.,

                    Petitioner,

-against-

NEW YORK PAROLE, et al.,

                    Respondents.

20-CV-3986 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

    By order dated May 27, 2020, the Court directed Petitioner, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $5.00 fee required to file a petition for a writ of *habeas corpus* in this Court. That order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed an IFP application or paid the fee.[1] Accordingly, the petition is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

## CONCLUSION

    The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket. The petition is dismissed without prejudice

    Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

---

[1] Since the Court issued the May 27, 2020 order, the Court has received two letters from Petitioner concerning the merits of his petition for a writ of *habeas corpus*. (ECF Nos. 3-4.) The return addresses on these letters indicate that Petitioner is incarcerated in the same facility as when he filed this action.

2

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 27, 2020
           New York, New York

                                          COLLEEN McMAHON
                                   Chief United States District Judge