UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD LEE BATES JR.,

                        Petitioner,

        -against-

NEW YORK PAROLE, et al.,

                        Respondents.

20-CV-3986 (CM)

CIVIL JUDGMENT

Pursuant to the order issued July 27, 2020, dismissing the petition,

    IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:    July 27, 2020
              New York, New York

                                              COLLEEN McMAHON
                                              Chief United States District Judge